IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:17-CR-199-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| LARRY JEROME BOBBITT | ) | |

The matter before the Court is the Motion filed by the United States on October 16, 2018, requesting that the matter be abated due to the death of the Defendant herein. After a review of the Motion, pleadings, and for good cause shown, it is HEREBY ORDERED that the pending case against the defendant LARRY JEROME BOBBIT is abated.

SO ORDERED, This the __16__ day of October, 2018.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE